NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**EVERYMD LLC,**
*Appellant*

v.

**FACEBOOK, INC.,**
*Appellee*

---

2015-1924

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board, in No. IPR2014-00242.

---

## JUDGMENT

---

FRANK MICHAEL WEYER, TECHCOASTLAW, Los Angeles, CA, for appellant.

HEIDI LYN KEEFE, Cooley LLP, Palo Alto, CA, for appellee. Also represented by REUBEN HO-YEN CHEN, MARK R. WEINSTEIN.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (O'MALLEY, WALLACH, and HUGHES, *Circuit Judges*).

## AFFIRMED.  *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


March 28, 2016                    /s/  Daniel  E.  O'Toole
       Date                      Daniel E. O'Toole
                                 Clerk of Court